UNITED STATES BANKRUPTCY COURT
District of New Jersey

In Re:                                              CASE NO. 97-51892/SAS

SCHNOOR, CAROLYN V.


Debtor(s)

---

### APPOINTMENT OF INTERIM TRUSTEE
### AND DESIGNATION OF REQUIRED BOND

---

GARY S. JACOBSON of WESTFIELD, NEW JERSEY, is hereby appointed, pursuant to 11 U.S.C. 701(a), as Interim Trustee of the above named debtor(s). If no trustee is elected, you shall serve as the trustee in this case by operation of law. 11 U.S.C. 702(d).

The amount of your bond is covered by the Bond of Interim Trustee/Trustee in Chapter 7 cases issued by Fidelity & Deposit Company of Maryland which is on file with this office and the Bankruptcy Court. Pursuant to the Blanket Acceptance of Appointment filed with the Clerk of the Bankruptcy Court and the United States Trustee, you are required to notify the United States Trustee, in writing, within five (5) business days after receipt of this notice if you reject this appointment. If you receive any liquid assets as trustee for the estate, you must immediately notify this office so that your bond may be increased.


Dated
November 13, 1997

                                        PATRICIA A. STAIANO
                                        UNITED STATES TRUSTEE


                                        /S PATRICIA A. STAIANO