FARER SIEGAL FERSKO
A Professional Association
600 South Avenue
P.O. Box 580
Westfield, NJ 07091-0580
(908) 789-8550
Attorneys for Gary S. Jacobson, Trustee

| In re | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| CAROLYN V. SCHNOOR | Case No: 97-51892/SAS<br>Chapter 7A<br>The Honorable Stephen A. Stripp<br>Hearing Date: February 9, 1998 |
| Debtor | |

**TRUSTEE'S NOTICE OF MOTION FOR ORDER STRIKING EXEMPTION**

SIRS/MADAM:

PLEASE TAKE NOTICE, that the undersigned in his capacity as counsel for Gary S. Jacobson, the Chapter 7 Trustee of the bankruptcy estate of the above-captioned Debtor(s), shall move before the Honorable Stephen A. Stripp, United States Bankruptcy Judge at the United States Bankruptcy Court located at 402 East State Street, Trenton, New Jersey 08607, on February 9, 1998, at 9:00 [10:00 struck through] am or as soon thereafter as counsel may be heard, seeking the entry of an Order striking the exemption listed at Schedule C, "Property Claimed Exempt", of the Debtor's Petition, and consisting of an "auto accident claim".

PLEASE TAKE FURTHER NOTICE, that the undersigned shall rely upon the application submitted in support of the within motion, together with oral argument on the return date hereof, should the

Court deem same necessary.

PLEASE TAKE FURTHER NOTICE, that you need not appear unless you oppose or contest the relief requested. Any responsive pleadings shall be filed and served with the Clerk of the United States Bankruptcy Court, at the above address, with copies served upon the undersigned. All responsive pleadings shall be governed by the provisions of Local Rule 9013-3.

PLEASE TAKE FURTHER NOTICE, that the undersigned specifically waives oral argument unless oral argument is required by the Court.

PLEASE TAKE FURTHER NOTICE, that no brief is necessary because there are no complex or novel issues of law or fact involved.

Dated: January 15, 1998

GARY S. JACOBSON, Trustee

CERTIFICATION OF SERVICE

I certify that on January 15, 1998, I served upon those parties listed on the attached service list, via regular mail, the foregoing Notice of Motion For Order Striking Exemption, Certification of Gary S. Jacobson in support of the Motion, and proposed form of Order.

Dated: January 15, 1998

*/s/ Marie Ellis*
Marie Ellis

SERVICE LIST

United States Trustee
One Newark Center - Suite 2100
Newark, NJ 07102

Charlotte Engleman, Esq.
Engleman, Hoffman & Engleman
99 Hwy. 35
PO Box 257
Keyport, NJ 07735
Attorney for Debtor

Ann L. Renaud, Esq.
7-G Auer Court
Williamsburg Commons
East Brunswick, NJ 08816
Personal Injury Counsel for Debtor

# SIEGAL FERSKO

A Professional Association ATTORNEYS AT LAW

600 South Avenue
P.O. Box 580
Westfield, NJ 07091-0580

908.789.8550
Fax 908.789.8660

email fsf@farerlaw.com
www.farerlaw.com

Henry Farer
Martin F. Siegal
Jack Fersko
David B. Farer
Richard J. Ericsson
Ann M. Waeger
Jay A. Jaffe
Gary S. Jacobson

Lawrence F. Jacobs
Carl T. Kessler
Susan C. Karp
Ryan A. Schreiber
Robert H. Crespi
James S. Friedman
Susan L. Cordon

January 12, 1998

Clerk, US Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

FILED
JAMES J. WALDRON, CLERK
JAN 16 1998
U.S. BANKRUPTCY COURT
TRENTON, N.J.
BY_____ DEPUTY

Re:   Carolyn V. Schnoor
      Case No: 97-51892

Dear Madam/Sir:

I am enclosing originals and two copies of Notice of Motion for Order Striking Exemption.

Kindly return a stamped "filed" copy of the Order to me in the envelope provided for that purpose.

Please contact me if you should have any questions..

Sincerely,

Marie Ellis

Marie Ellis
Legal Assistant to
Gary S. Jacobson, Trustee
ME/s