FILED
JAMES J. WALDRON

MAR 10 1998

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

Gary S. Jacobson, Trustee
c/o Farer Siegal Fersko
A Professional Association
600 South Avenue
Westfield, NJ 07091-0580
(908) 789-8550

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re | Case No.: 97-51892 (SAS) |
| Carolyn V. Schnoor, | Chapter 7 |
| Debtor | Hearing Date: February 23, 1998 |

**Order Regarding Trustee's Objection to Exemption**

This matter having been opened to the Court by Trustee's Notice of Motion for Order Striking Exemption, and the Court having considered the Certification in Opposition of the Debtor, and the arguments of counsel on the return date, and for good cause shown,

It is on this _10th_ day of March, 1998

ORDERED, that the Trustee's Motion for Order Striking Exemption is deferred for determination following the trial or settlement of the Debtor's Complaint in the Superior Court of New Jersey against Edward G. Beach; and it is further

ORDERED, that the Trustee may retain special counsel to prosecute the Debtor's action _as co-plaintiff with debtor_ without prejudice to the determination of the Trustee's objection to the Debtor's exemption; and it is further

ORDERED, that this Court shall retain jurisdiction over any disputes between the Trustee and the Debtor concerning settlement of the Debtor's Superior Court action.

COPIES TO: Movant
___ UST    ___ TRUSTEE
___ DBTR   ___ COUNSEL

DATE 3-11-98   BY Linda

_____
Stephen A. Stripp, U.S.B.J.