UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                          )
                                )
Carolyn V. Schnoor              )   Case No. 97-51892
                                )
                                )   Chapter: 07
                                )
        Debtor(s).              )   Hearing Date: ----
                                )

**FILED**
JAMES J. WALDRON, CLERK
JAN 17 2001
U.S. BANKRUPTCY COURT
TRENTON, N.J.
BY _____ DEPUTY

ORDER GRANTING ALLOWANCES

AND NOW, this January 17, 2001 the Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

IT IS ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
| --- | --- | --- |
| Jacobson & Brecher, LLC Successsor Counsel for Chapter 7 Trustee Gary S. Jacobson. | $2,557.00 | $19.80 |

IT IS FURTHER ORDERED, that Clerk's charges are allowed as follows:

Notices                  $_____
Claims Processing        $_____
Adversary Filing Fees    $_____

_____
Honorable Stephen Stripp
United States Bankruptcy Judge

S.O. 22

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on January 18, 2001, I mailed a copy of the foregoing order to each of the following: Attorney for Trustee

James J. Waldron

BY: _____
Christine Folk
Deputy Clerk

**PLEASE SERVE COPIES OF THIS ORDER
ON ALL OTHER PARTIES TO THIS ACTION.**

S.O. 22